No. 75–5445. SAULS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–5461. CONNOR *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–5467. EATON *v.* DYER ET AL. C. A. 8th Cir. Certiorari denied.

No. 75–5471. BORUSKI *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–5478. KELTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–5485. DOZIER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–5494. VON KRONENBERGER *v.* CALIFORNIA; and

No. 75–5516. PRILEY *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–5498. COVERT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5500. POULOS *v.* UNITED STATES;

No. 75–5503. MCEARCHERN ET AL. *v.* UNITED STATES; and

No. 75–5522. MARRIFIELD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 515 F. 2d 877.

No. 75–5517. KWIATKOWSKI ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–5533. STROUP *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 75–5537. JOHN *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.